Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Evander Frank Kane,
Debtor and Defendant.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>       Debtor. | Case No. 21-50028-SLJ<br>Chapter 7 |
| HOPE PARKER,<br><br>       Plaintiff,<br><br>    v.<br><br>EVANDER FRANK KANE,<br><br>       Debtor and Defendant. | Adv. Proc. No. 21-5008<br><br>**MOTION TO DISMISS ADVERSARY COMPLAINT[1]**<br><br><u>Hearing:</u><br>Date:   June 15, 2021<br>Time:   1:30 p.m. Pacific Prevailing Time<br>Place:  Tele/Videoconference<br><br>**Remote appearances only.**<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

---

[1] Unless specified otherwise, all chapter and code references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532. "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure, "B.L.R." references are to the Bankruptcy Local Rules for the Northern District of California, and "ECF" references are to the docket in this proceeding.

MOTION TO DISMISS ADVERSARY COMPLAINT                                                    1

Evander Frank Kane ("Kane"), debtor in the above-captioned Chapter 7 bankruptcy case and defendant in this adversary proceeding, submits this motion to dismiss (the "Motion") the adversary complaint (the "Complaint") filed by Hope Parker ("Parker") on April 1, 2021. ECF 1. Kane seeks dismissal of the Complaint pursuant to Civil Rule 12(b)(6), as incorporated by Bankruptcy Rule 7012, for failure to state a claim upon which relief can be granted.

Pursuant to B.L.R. 7012-1, Kane consents to the entry of a final order or judgment of the Bankruptcy Court in this proceeding.

This Motion is supported by the concurrently filed memorandum of points and authorities ("MPA"), request for judicial notice, and notice of hearing; the file in the above-captioned adversary proceeding and in the underlying bankruptcy case; and any argument that may be presented at hearing. As set forth more fully in the MPA, Kane respectfully requests that the Bankruptcy Court enter an order that:

1. Grants this Motion.

2. Dismisses the Complaint in its entirety. Because there is no conceivable way to cure the deficiencies through amendment, dismissal is requested without leave to amend.

3. Grants such further relief that the Bankruptcy Court deems proper under the circumstances of this case.

Dated May 3, 2021                          FINESTONE HAYES LLP

                                           _/s/ Stephen D. Finestone_____
                                           Stephen D. Finestone
                                           Attorneys for Evander Frank Kane,
                                           Debtor and Defendant.

MOTION TO DISMISS ADVERSARY COMPLAINT                                    2