Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Evander Frank Kane,
Debtor and Defendant.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028-SLJ<br>Chapter 7 |
| HOPE PARKER,<br><br>Plaintiff,<br><br>v.<br><br>EVANDER FRANK KANE,<br><br>Debtor and Defendant. | Adv. Proc. No. 21-5008<br><br>**NOTICE OF HEARING ON MOTION TO DISMISS ADVERSARY COMPLAINT**<br><br><u>Hearing</u>:<br>Date:   June 15, 2021<br>Time:   1:30 p.m. Pacific Prevailing Time<br>Place:   Tele/Videoconference<br><br>**Remote appearances only.**<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

NOTICE OF HEARING                                                                                                                 1

**PLEASE TAKE NOTICE** that a hearing is set at the above captioned date, time, and place on the *Motion to Dismiss Adversary Complaint* (the "Motion") filed by Evander Frank Kane ("Kane") on May 3, 2021. By way of his Motion, Kane seeks dismissal of the adversary complaint (the "Complaint") filed by Hope Parker ("Parker") on April 1, 2021, pursuant to Civil Rule 12(b)(6), as incorporated by Bankruptcy Rule 7012, for failure to state a claim upon which relief can be granted.

The Motion is supported by the concurrently filed memorandum of points and authorities, request for judicial notice, and this notice of hearing; the file in the above-captioned adversary proceeding and in the underlying bankruptcy case; and any argument that may be presented at hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to applicable local rules, any opposition shall be filed and served fourteen days prior to the hearing, with any reply due seven days prior to the hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated May 3, 2021

FINESTONE HAYES LLP

 */s/ Stephen D. Finestone*
Stephen D. Finestone
Attorneys for Evander Frank Kane,
Debtor and Defendant.