Stephen G. Opperwall (SBN 100057)
LAW OFFICES OF STEPHEN G. OPPERWALL
4900 Hopyard Road, Suite 100
Pleasanton, California 94588
Telephone: (925) 417-0300
Facsimile: (925) 417-0301
E-mail: steve.opperwall@comcast.net

Attorneys for Creditor
Professional Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: | No. 21-50028 SLJ 7 |
| Evander Frank Kane, | Chapter 7 |
| Debtor, | |
| Hope Parker, | Adv. Proc. No. 21-05008 |
| Plaintiff, | Request for Notice |
| v. | |
| Evander Frank Kane, | |
| Defendant. | |

To: the Clerk of the Court, the Court, the Debtor, the Trustee, Counsel, and All Other Parties and Interested Parties:

NOTICE IS HEREBY GIVEN of this Request For Notice, which is hereby made by the undersigned counsel for Professional Bank, which

1

Request for Notice

is a Creditor of Debtor Evander Frank Kane, and which is an Interested Party to matters in this Adversary Proceeding, requesting notice of all matters in this Adversary Proceeding, including those that are to be noticed to creditors, to any creditors' committee, to the trustee, to the debtor, to parties, and/or to other parties in interest. This request is made pursuant to all applicable provisions, including, but not limited to the following: Federal Rules of Bankruptcy Procedure Rules 2002, 3017, 4001, 9007, and 9010(b).

The undersigned requests that all such papers be emailed, mailed, sent, or served as follows:

Stephen G. Opperwall
LAW OFFICES OF STEPHEN G. OPPERWALL
4900 Hopyard Road, Suite 100
Pleasanton, California 94588
Telephone: (925) 417-0300
Facsimile: (925) 417-0301
E-mail: steve.opperwall@comcast.net

This Request For Notice includes all types of notices as set forth in the Bankruptcy Code and Bankruptcy Rules and it includes, without limitation, the following: all notices and papers referred to in Federal Rules of Bankruptcy Procedure Rules 2002, 3017, 4001, 9007, and 9010(b); notices; pleadings; applications; motions; declarations; schedules; petitions; disclosure statements; requests (formal or informal); dismissals; plans of reorganization; pleadings; complaints; orders; and any other document brought before the court or filed with the U.S. Trustee in this case.

Dated: May 8, 2021					LAW OFFICES OF
							STEPHEN G. OPPERWALL

							/s/ Stephen G. Opperwall
							_____
							STEPHEN G. OPPERWALL
							Attorneys for Creditor
							Professional Bank

request for notice.by PB.doc.wpd