```
 1  Jonathan J. Lewis, Esq. (SBN: 221082)
    J. LEWIS & ASSOCIATES, APLC
 2  3985 University Avenue, Second Flood
    Riverside, CA 92501
 3  Telephone: 951.682.0488
    Facsimile: 951.682.0496
 4  Email: jonlewis@jlewislaw.com

 5  Attorneys for Plaintiff /Creditor
    HOPE PARKER
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>EVANDER FRANK KANE,<br><br>           Debtor<br>_____<br><br>HOPE PARKER, an individual,<br><br>           Creditor / Plaintiff,<br><br>v.<br><br>EVANDER FRANK KANE an individual,<br><br>           Debtor / Defendant.<br>_____ | CHAPTER 7<br>CASE NO. 21-50028-SLJ<br><br>ADV. NO.: 21-50008<br><br>**PLAINTIFF HOPE PARKER'S OBJECTIONS TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE [FILED CONCURRENTLY WITH HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS ADVERSARY COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE]**<br><br>Hearing:<br>Date: June 15, 2021<br>Time: 1:30 p.m. Pacific Prevailing Time<br>Place: Tele/Videoconference |

TO THE HONORABLE STEPHEN L. JOHNSON UNITED STATES BANKRUPTCY JUDGE:

Plaintiff Hope Parker hereby objects to the Request for Judicial Notice filed by Defendant Evander Kane in support of his Motion to Dismissal Plaintiff's Complaint.

| MATERIAL OBJECTED TO: | GROUNDS FOR OBJECTION: |
|---|---|
| 1. Defendant's Request for Judicial Notice Number 1. | • Not Subject to Judicial Notice (FRE §201);<br>• Irrelevant (FRE §401);<br>• Opinion (FRE §701);<br>• Opinion on Ultimate Issue (FRE §704);<br>• Hearsay (FRE §801); and<br>• Authentication (FRE §901). |

J. LEWIS & ASSOCIATES, APLC

DATED: June 1, 2021     By_____
Jonathan J. Lewis, Esq.
Attorney for Plaintiff
Hope Parker

# CERTIFICATE OF SERVICE

## Parker v. Kane
## 21-50008-SLJ

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Riverside, State of California. My business address is 3985 University Avenue, Second Floor, Riverside, CA 92501.

On June 1, 202, I served true copies of the following document(s) described as **PLAINTIFF HOPE PARKER'S OBJECTIONS TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE** on interested parties in this action as follows:

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed this June 1, 2021, at Riverside, California

_____
Rosie Salas