Jonathan J. Lewis, Esq. (SBN: 221082)
**J. LEWIS & ASSOCIATES, APLC**
3985 University Avenue, Second Flood
Riverside, CA 92501
Telephone: 951.682.0488
Facsimile: 951.682.0496
Email: jonlewis@jlewislaw.com

Attorneys for Plaintiff / Creditor
HOPE PARKER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>EVANDER FRANK KANE,<br><br>Debtor<br>_____<br>HOPE PARKER, an individual,<br><br>Creditor / Plaintiff,<br>v.<br><br>EVANDER FRANK KANE an individual,<br><br>Debtor / Defendant.<br>_____ | CHAPTER 7<br>CASE NO. 21-50028-SLJ<br><br>ADV. NO.: 21-5008<br><br>**DECLARATION OF JONATHAN J. LEWIS REGARDING AUGUST 19, 2021 STATUS CONFERENCE**<br><br>Status Conference Hearing:<br>Date: August 19, 2021<br>Time: 1:30 p.m. Pacific Prevailing Time<br>Place: Tele/Videoconference |

TO THE HONORABLE STEPHEN L. JOHNSON UNITED STATES BANKRUPTCY JUDGE:

I, Jonathan J. Lewis, declare and state as follows:

1. I am over the age of eighteen years. All of the following facts are known to me of my own personal knowledge, except where stated on information and belief, and if called upon and sworn as a witness, I could and would testify thereto.

2. I am the attorney of record for Creditor/Plaintiff Hope Parker in this matter.

3. On June 15, 2021, this Court heard Defendant's Motion to Dismiss Plaintiff's Complaint.

4. During that hearing, the parties pointed out that there was a Status Conference scheduled for June 23, 2021. The parties further noted that because the Court had not yet ruled on the Motion to Dismiss, it was difficult for the parties to conduct a meaningful initial conference including discussing discovery issues and all deadlines. The Court told the parties at the hearing that it understood the parties' position on the inability to have a meaningful conference and that it would consider continuing the June 23, 2021 status conference.

5. On June 21, 2021, the parties received notice from the Court that the June 23, 2021 Status Conference was continued to August 19, 2021 at 1:30 p.m.

6. In preparation for the August 19, 2021 Status Conference, I met and conferred with Mr. Finestone. Both he and I acknowledged that the Court had not yet ruled on Defendant's Motion to Dismiss. We both agreed that until the Court issued its ruling, we would not be able to engage in a meaningful discussion in preparation for the Status Conference.

7. As of the date of this Declaration, the Court has not yet ruled on the Motion to Dismiss. Plaintiff is aware and understands the struggles of all courts due to COVID-19, and is content to wait for the ruling on the Motion to Dismiss until the Court is ready to issue it. However, as there is a Status Conference next week, Plaintiff is submitting this Declaration to let the Court know that the parties are continuing to meet and confer.

8. Plaintiff also submits this Declaration to respectfully request that the Court continue the Status Conference for an additional sixty (60) days so that this Court can issue its ruling and the parties, based on that ruling, can engage in a meaningful conference in preparation for the Status Conference. Plaintiff's counsel's understanding in speaking with Mr. Finestone is that Mr. Finestone is in agreement with a continuance of the August 19, 2021 Status Conference for the reasons set forth above.

///

Case: 21-05008   Doc# 12   Filed: 08/11/21   Entered: 08/11/21 16:45:52   Page 2 of 4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted:  J. LEWIS & ASSOCIATES, APLC

DATED: August 11, 2021  By: _____
Jonathan J. Lewis, Esq.
Attorney for Plaintiff
Hope Parker

# CERTIFICATE OF SERVICE

Parker v. Kane
21-5008-SLJ

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Riverside, State of California. My business address is 3985 University Avenue, Second Floor, Riverside, CA 92501.

On August 11, 2021, I served true copies of the following document(s) described as **DECLARATION OF JONATHAN J. LEWIS REGARDING AUGUST 19, 2021 STATUS CONFERENCE** on interested parties in this action as follows:

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed this August 11, 2021, at Riverside, California

Rosie Salas