

The following constitutes the order of the Court.
Signed: August 13, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **EVANDER FRANK KANE**, <br><br> Debtor. | Case No. 21-50028 SLJ <br> Chapter 7 |
| **HOPE PARKER**, <br><br> Plaintiff, <br><br> v. <br><br> **EVANDER FRANK KANE**, Debtor, <br><br> Defendant. | Adv. Proc. No. 21-5008 |

## ORDER CONTINUING STATUS CONFERENCE

Because a dispositive motion is currently pending in this adversary proceeding, and in light of Plaintiff's August 11, 2021 declaration, ECF 12, I find it appropriate to continue the status conference currently set for August 19, 2021 at 1:30 p.m. Accordingly it is hereby ordered that such status conference be continued to **October 28, 2021** at **1:30 p.m.** No appearances are necessary on August 19, 2021 at 1:30 p.m.

IT IS SO ORDERED.

### END OF ORDER

ORDER CONTINUING STATUS CONFERENCE 1/2

**COURT SERVICE LIST**

[ECF recipients only]

ORDER CONTINUING STATUS CONFERENCE 2/2