Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for ZIONS BANCORPORATION dba CALIFORNIA BANK & TRUST.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028<br><br>Chapter 7<br><br>Adv. Proc. No. 21-05008 |
| HOPE PARKER,<br><br>Plaintiff,<br><br>v.<br><br>EVANDER FRANK KANE,<br><br>Defendant. | **REQUEST FOR COURTESY NOTICES OF ELECTRONIC FILING** |



Case: 21-05008 Doc# 16 Filed: 09/17/21 Entered: 09/17/21 12:12:27 Page 1 of 2

**TO THE CLERK AND PARTIES IN INTEREST:**

The undersigned, on behalf of Zions Bancorporation, N.A., hereby requests to receive notices of electronic filing in this matter.

DATED: September 16, 2021

FRANDZEL ROBINS BLOOM & CSATO, L.C.
GERRICK M. WARRINGTON

By: /s/ Gerrington M. Warrington
GERRICK M. WARRINGTON
Attorneys for ZIONS BANCORPORATION dba CALIFORNIA BANK & TRUST

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000



Case: 21-05008 Doc# 16 Filed: 09/17/21 Entered: 09/17/21 12:12:27 Page 2 of 2