1  ANTHONY & PARTNERS, LLC
   JOHN A. ANTHONY (FL SBN 0731013)
2     janthony@anthonyandpartners.com
   ANDREW J. GHEKAS (FL SBN 0119169)
3  *Both Appearing Pro Hac Vice*
   aghekas@anthonyandpartners.com
4  100 S. Ashley Drive, Suite 1600
   Tampa, Florida 33602
5  Telephone: 813.273.5616
   Facsimile: 813.221.4113
6
   COOPER, WHITE & COOPER LLP
7  PETER C. CALIFANO (CA SBN 129043)
      pcalifano@cwclaw.com
8  201 California Street, 17th Floor
   San Francisco, California 94111
9  Telephone: 415.433.1900
   Facsimile: 415.433.5530
10

11 Attorneys for Centennial Bank

12

13                **UNITED STATES BANKRUPTCY COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                              [San Jose Division]

16

| | |
|---|---|
| 17  In re | CASE NO. 21-50028 SLJ |
| 18  EVANDER FRANK KANE, | Chapter 7 |
| 19          Debtors. | |
| 20  HOPE PARKER, | Adv No. 21-05008 |
| 21          Plaintiff, | **REQUEST FOR COURTESY NOTICES OF ELECTRONIC FILING** |
| 22  vs. | |
| 23  EVANDER FRANK KANE, | |
| 24          Defendant. | |

26

27  / / /

28  / / /

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

Case: 21-05008    Doc# 17    Filed: 10/01/21    Entered: 10/01/21 14:21:24    Page 1 of 2
1510777.1

**TO THE CLERK AND PARTIES IN INTEREST:**

The undersigned, on behalf of Centennial Bank, hereby requests to receive notices of electronic filing in this matter.

DATED: October 1, 2021

ANTHONY & PARTNERS, LLC

By:     /s/ John A. Anthony
John A. Anthony
Attorneys for Centennial Bank

DATED: October 1, 2021

COOPER, WHITE & COOPER LLP

By:     /s/ Peter C. Califano
Peter C. Califano
Attorneys for Centennial Bank

**COOPER, WHITE
& COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1510777.1

Case: 21-05008    Doc# 17    Filed: 10/01/21    Entered: 10/01/21 14:21:24    Page 2 of 2

2