Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:  (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Defendant
Evander Frank Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor.<br><br>---<br><br>HOPE PARKER<br><br>　　　　Plaintiff<br><br>v.<br><br>EVANDER FRANK KANE<br><br>　　　　Defendant | Case No. 21-50028-SLJ<br><br>Chapter 7<br><br>Adv. Proc. No. 21-5008<br><br>**JOINT DISCOVERY PLAN**<br><br>Status Conference: October 28, 2021<br>Time: 1:30 p.m.<br>Ctrm: Tele/videoconference |

Plaintiff, Hope Parker ("Parker"), and Defendant, Evander Kane ("Kane"), hereby file their joint discovery plan pursuant to the Court's Order re Initial Disclosures and Discovery Conference (ECF #2). Parker and Kane are referred to herein as the "Parties":

1.  The Parties held a discovery conference on October 7, 2021, during which they discussed anticipated discovery in this case and the potential for resolution of matters.

JOINT DISCOVERY PLAN 1

2. Because the Parties conducted discovery in the state court proceeding prior to Kane's filing of his bankruptcy, the Parties agree to allow two months for Kane to obtain the discovery from his state court counsel.

3. The Parties agree to exchange initial disclosures by December 19, 2021.

4. The Parties agree that any additional discovery may commence beginning December 19, 2021.

5. Fact discovery cutoff:

    a. The Parties agree to a fact discovery cutoff of April 29, 2022.

6. Expert discovery cutoff:

    a. The Parties agree to that to the extent they determine that any experts are required in this case, there will be an expert discovery cutoff date of June 17, 2022.

Currently, the Parties do not request entry of any orders under Fed. R. Bankr. P. 7016(b) and (c) or 7026(a)(1).

Dated: October 15, 2021  FINESTONE HAYES LLP

/s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Evander Kane

Dated: October 15, 2021

J. LEWIS & ASSOCIATES, APLC

/s/ Jonathan J. Lewis
Jonathan J. Lewis
Attorneys for Hope Parker