**Entered on Docket**
**November 02, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the Court.**
**Signed: November 2, 2021**

*[signature]*

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re **EVANDER KANE**, Debtor. | Case No. 21-50028 SLJ<br>Chapter 7 |
| **HOPE PARKER**, Plaintiff,<br>v.<br>**EVANDER KANE**, Debtor, Defendant. | Adv. Proc. No. 21-5008 |

## ORDER SETTING DISCOVERY DEADLINES
## AND CONTINUED STATUS CONFERENCE DATE

On October 28, 2021, at 1:30 p.m. I held a status conference in the above-captioned matter. Appearances were noted on the record. For the reasons stated on the record, it is hereby ordered that:

1. Fact discovery shall conclude on April 29, 2022;

2. Expert witness discovery shall conclude on June 17, 2022;

3. All responses to propounded discovery are due by the dates such discovery is concluded;

4. The status conference is continued to May 19, 2022 at 2:30 p.m. The parties shall file status conference statement no later than May 12, 2022.

IT IS SO ORDERED.

**END OF ORDER**

ORDER SETTING DISCOVERY DEADLINES
AND CONTINUED STATUS CONFERENCE DATE

**COURT SERVICE LIST**

[ECF recipients only]

ORDER SETTING DISCOVERY DEADLINES
AND CONTINUED STATUS CONFERENCE DATE
3/3