Jonathan J. Lewis, Esq. (SBN: 221082)
**J. LEWIS & ASSOCIATES, APLC**
3985 University Avenue, Second Floor
Riverside, CA 92501
Telephone: 951.682.0488
Facsimile: 951.682.0496
Email: jonlewis@jlewislaw.com

Attorneys for Plaintiff /Creditor
HOPE PARKER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>EVANDER FRANK KANE,<br><br>　　　　Debtor<br>_____<br>HOPE PARKER, an individual,<br><br>　　　　Creditor / Plaintiff,<br>v.<br><br>EVANDER FRANK KANE an individual,<br><br>　　　　Debtor / Defendant.<br>_____ | CHAPTER 7<br>CASE NO. 21-50028-SLJ<br><br>ADV. NO.: 21-5008<br><br>**CREDITOR/PLAINTIFF HOPE PARKER'S SEPARATE STATEMENT REGARDING THIS COURT'S ORDERS OF NOVEMBER 19, 2021 AND DECEMBER 14, 2021**<br><br>Status Conference Hearing:<br>Date: February 17, 2022<br>Time: 1:30 p.m. Pacific Prevailing Time<br>Place: Tele/Videoconference |

TO THE HONORABLE STEPHEN L. JOHNSON UNITED STATES BANKRUPTCY JUDGE:

Creditor /Plaintiff Hope Parker respectfully submits the below Separate Statement regarding this Court's Orders of November 19, 2021 and December 14, 2021.

After reviewing both Orders and after having conferred with Counsel for Debtor/Defendant Evander Kane and Counsel for Creditor/Plaintiff Centennial Bank, Ms. Parker agrees with the

Court's analysis that the best course of action is to allow the section 727(a) claims to be resolved, and then once resolved, if necessary, have the parties resolve their respective section 523(a) claims (as is set forth in this Court's November 19, 2021 Order). Ms. Parker also agrees with this Court's Proposed Order to join Ms. Parker's section 727(a)(5) claim with that of Centennial Bank's, as well as stay her section 523(a) action until such time as all section 727(a) claims of all parties are resolved.

Respectfully submitted:          J. LEWIS & ASSOCIATES, APLC

DATED: February 14, 2022          By _____
                                                 Jonathan J. Lewis, Esq.
                                                 Attorney for Plaintiff
                                                 Hope Parker

Case: 21-05008   Doc# 22   Filed: 02/14/22   Entered: 02/14/22 13:06:46   Page 2 of 3

# CERTIFICATE OF SERVICE

Parker v. Kane
21-5008-SLJ

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 555 Corporate Drive, Ladera Ranch, CA 92694.

On February 14, 2022, I served true copies of the following document(s) described as **CREDITOR/PLAINTIFF HOPE PARKER'S SEPARATE STATEMENT REGARDING THIS COURT'S ORDERS OF NOVEMBER 19, 2021 AND DECEMBER 14, 2021** on interested parties in this action as follows:

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed this February 14, 2022, at Ladera Ranch, California.

_____
Robyn A. Lewis