# ATTACHMENT 1

| Date | Lender | Loan Amt. | Net to Kane | Notes |
|------|--------|-----------|-------------|-------|
| 5/14/2014 | Capital Financial Partners, LLC | $600,000 | $562,500 | |
| 6/20/2014 | American Bank | $1,000,000 | $261,429.36 | $627,000 payoff to Capital Finance Partners |
| 7/15/2015 | East West Bank | $1,750,000 | $736,875 | $1,000,000 payoff to American Bank |
| 8/30/2015 | Tenacity 7401 New Hampshire LLC | $500,000 | $450,948.50 | |
| 9/11/2015 | East West Bank | $550,000 | $37,875 | $505,000 payoff to Tenacity |
| 1/23/2016 | Thrivest Specialty Funding, LLC | $3,300,000 | $931,549 | $2,082,451.30 payoff to East West Bank |
| 7/6/2016 | Now Playing, LLC | $50,000 | $39,809 | |
| 7/7/2016 | SCL-D, LLC | $200,000 | $133,000 | $50,500 payoff to Now Playing |
| 10/6/2016 | DeAngelo Vehicles Sales, LLC | $4,150,000 | $242,471 | $3,300,000 payoff to Thrivest<br>$207,500 payoff to SCL-D |
| 12/23/2016 | DeAngelo Vehicle Sales, LLC | $580,000 | $502,734 | |
| 3/2/2017 | Thrivest Specialty Funding, LLC | $1,975,000 | $13,286.48 | $574,200 payoff to DeAngelo Vehicle Sales<br>$100,000 payoff to Seneca Gambling Corporation<br>$748,600 payoff to personal loan<br>$140,000 payoff to Vinny |
| 4/6/2017 | Thrivest Specialty Funding, LLC | $1,225,000 | $610,830.40 | $150,000 payoff to US credit cards<br>$74,503 payoff to RBC line of credit<br>$63,328 payoff to Canadian credit card<br>$162,88.60 payoff to Newport Sports Management |
| 6/20/2017 | East West Bank | $2,000,000 | $251,666.68 | $1,212,750 payoff to Thrivest<br>$415,112 payoff to DeAngelo |
| 7/5/2017 | Seven Isles Capital, LLC | $3,350,000 | $24,737 | $2,534,638 payoff to DeAngelo |
| 7/5/2017 | Thrivest Specialty Funding, LLC | $3,000,000 | $300,655.50 | $1,955,250 payoff to Thrivest<br>$104,427 payoff to Now Playing |
| 9/28/2017 | Thrivest Specialty Funding, LLC | $4,850,000 | $721,807.89 | $2,700,000 payoff to Thrivest<br>$500,000 payoff to Cosmopolitan |
| 12/18/2017 | Democracy Capital Corporation | $1,250,000 | $0 | $895,261.75 payoff to Playing |

| | | | | |
|---|---|---|---|---|
| 3/22/2018 | South River Capital, LLC | $1,850,000 | $554,675 | $412,934.24 payoff to East West Bank<br>$300,000 payoff to Cosmopolitan<br>$163,000 payoff to Alexander Zoltan Zabori |
| 8/9/2018 | Zions Bancorporation, N.A. (California Bank & Trust) | $4,250,000 | $67,083.33 | $359,964.55 payoff to Thrivest<br>$3,660,395.12 to payoff Seven Isles Capital |
| 9/5/2018 | Centennial Bank | $3,900,000 | $0 | $3,665,215.93 payoff to Thrivest |
| 10/17/2018 | Centennial Bank | $2,000,000 increase | $0 | $1,504,767.76 payoff to Thrivest<br>$401,807.13 payoff to South River |
| 12/28/2018 | Thrivest Specialty Funding, LLC | $405,000 increase | $0 | $263k payoff to Democracy Capital |
| 2/28/2019 | Centennial Bank | $715,000 increase | $0 | $374,625 payoff to Thrivest<br>$247,359.16 payoff to South River |
| 8/26/2019 | Professional Bank | $1,500,000 | $0 | $1,237,222 payoff to Democracy Capital<br>$134,309.11 payoff to South River |
| 4/30/2019 | Centennial Bank | $2,460,000 increase | $399,014.22 | $1,917,500 payoff to South River |
| 5/11/2019 | South River Capital, LLC | $600,000 | | |
| | **SUM:** | **$48,010,000** | **$6,842,947.36** | |