Jonathan J. Lewis, Esq. (SBN: 221082)
**J. LEWIS & ASSOCIATES, APLC**
555 Corporate Drive, Suite 150
Ladera Ranch, CA 92694
Telephone: 951.682.0488
Facsimile: 951.682.0496
Email: jonlewis@jlewislaw.com

Attorneys for Plaintiff /Creditor
HOPE PARKER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>EVANDER FRANK KANE,<br><br>        Debtor<br>_____<br>HOPE PARKER, an individual,<br><br>        Creditor / Plaintiff,<br>v.<br><br>EVANDER FRANK KANE an individual,<br><br>        Debtor / Defendant.<br>_____ | CHAPTER 7<br>CASE NO. 21-50028-SLJ<br><br>ADV. NO.: 21-5008<br><br>**CREDITOR/PLAINTIFF HOPE PARKER'S STATEMENT REGARDING MAY 25, 2023 STATUS CONFERENCE AND REQUEST TO APPEAR BY VIDEOCONFERENCE**<br><br><u>Status Conference Hearing:</u><br>Date:  May 25, 2023<br>Time:  2:30 p.m.<br>Place:  280 S. 1st Street, Courtroom 10<br>         San Jose, CA |

      TO THE HONORABLE STEPHEN L. JOHNSON UNITED STATES BANKRUPTCY JUDGE AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Creditor /Plaintiff Hope Parker respectfully submits her Status Conference Statement for the May 25, 2023, Status Conference.

///

Hope Parker's ("Parker"), Loan Shark Holdings, LLC's and Professional Bank's 523 claims were stayed pending the outcome of Parker's, Centennial Bank's ("Centennial") and Zion Bank's 727 claims per this Court's February 25, 2022, Order (Doc. #25) While Zion Bank's 727 claim resolved, Parker's and Centennial's went to trial, with testimony ending on January 25, 2023, and all parties' closing arguments being submitted on March 14, 2023.

As this Court has not issued its ruling regarding Parker's and Centennial's 727 claims, Parker's 523 claim remains stayed. On March 31, 2023, Parker submitted her Status Conference Statement, and this Court continued the Status Conference to May 25, 2023, with statements being due on or before May 18, 2023.

Parker respectfully requests that this Court continue the May 25, 2023, Status Conference regarding her 523 claim to a date after this Court issues its ruling on the 727 claims.

Parker's counsel, Jonathan Lewis, further respectfully requests that for the next Status Conference (whether May 25, or a different date if continued), that he be allowed to appear by Video-Conference as his office is in Southern California. Mr. Lewis further respectfully makes the request to appear by Video-Conference as with his June and July schedule, it may be an additional hardship on Mr. Lewis to be in San Jose during certain dates in June and July.

Respectfully submitted:     J. LEWIS & ASSOCIATES, APLC

DATED: May 16, 2023        By:        /S/
                              Jonathan J. Lewis, Esq.
                              Attorney for Plaintiff
                              Hope Parker