1  Stephen D. Finestone (Cal. Bar No. 125675)
   Ryan A. Witthans (Cal. Bar No. 301432)
2  FINESTONE HAYES LLP
   456 Montgomery Street, Floor 20
3  San Francisco, CA 94104
   Tel.:  (415) 421-2624
4  Fax:   (415) 398-2820
   Email: sfinestone@fhlawllp.com
5  Email: rwitthans@fhlawllp.com

6  Attorneys for Evander Frank Kane,
   Debtor and Defendant

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028-SLJ<br>Chapter 7 |
| HOPE PARKER,<br><br>Plaintiff,<br><br>v.<br><br>EVANDER FRANK KANE, Debtor,<br><br>Defendant. | Adv. Proc. No. 21-5008 |
| CENTENNIAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>EVANDER FRANK KANE, Debtor,<br><br>Defendant. | Adv. Proc. No. 21-5016<br><br>**DEFENDANT'S STATUS CONFERENCE STATEMENT**<br><br><u>Status Conference:</u><br>Date:  May 25, 2023<br>Time:  2:30 p.m. Pacific Time<br>Place: Tele/videoconference |

Defendant Evander Frank Kane ("Kane") submits the following status conference statement in connection with the above-captioned adversary proceedings.

1. Certain creditors brought § 727 claims objecting to Kane's discharge, § 523 claims objecting to the dischargeability of certain debts, and other claims against Kane.

DEFENDANT'S STATUS CONFERENCE STATEMENT                                                                                                 1

2. The Court directed that litigation of the § 727 claims would take place in advance of the other claims. Litigation of non-§ 727 claims (including discovery) was stayed pending the resolution of the § 727 claims.

3. This Court held a trial on January 23 and 25, 2023, relating to the objections to discharge brought by plaintiffs Hope Parker ("Parker") and Centennial Bank ("Centennial") pursuant to § 727. The matter was subsequently taken under submission. On May 18, 2023, this Court decided the § 727 objections in favor of Kane (the "§ 727 Order").

4. Prior to this Court's entry of the § 727 Order, the following adversary proceedings were resolved:

    a. *Lone Shark v. Kane*, Adv. Proc. No. 21-5010.
    b. *South River v. Kane*, Adv. Proc. No. 21-5014.
    c. *Zions Bancorporation v. Kane*, Adv. Proc. No. 21-5056.

5. The Court's § 727 Order decided all pending claims in *Centennial v. Kane*, 21-5016. The Court had previously granted Kane's motion to dismiss Centennial's § 523(a)(2)(A) claim. Centennial withdrew its § 727(a)(2)(A) claim at trial. The § 727 Order denied Centennial's remaining § 727 claims.

6. At this point, the following adversary proceedings contain live claims:

    a. *Parker v. Kane*, Adv. Proc. No. 21-5008: One claim under § 523(a)(2)(A).
    b. *Professional Bank v. Kane*, Adv. Proc. No. 21-5013: Claims under § 523(a)(2)(A) and (a)(2)(B), restitution, and determination of secured status.[1]

7. Parker and Kane previously filed a *Joint Discovery Plan* and the Court entered a corresponding order. Adv. Proc. 21-5008, ECF 18–19. Those dates were subsequently vacated. ECF 20, 25.

8. Kane anticipates that, once the stay of non-§ 727 litigation is lifted, the following discovery will be required in *Parker v. Kane*, Adv. Proc. No. 21-5008:

---

[1] A status conference is currently set for June 22, 2023, in the *Professional Bank v. Kane* adversary proceeding, Adv. Proc. No. 21-5013.

a. Approximately three to four months of fact discovery.

b. If the parties determine that experts are required in this case, an additional two months (approximately) for expert discovery.

c. A deadline for the parties to file dispositive motions prior to a trial date.

Dated May 19, 2023          FINESTONE HAYES LLP

                                            */s/ Stephen D. Finestone*
                                            Stephen D. Finestone
                                            Attorneys for Evander Frank Kane,
                                            Debtor and Defendant